# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 13cr4510-JAH |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE** |
| HAKEEM TAYARI DUNN, | |
| Defendant. | |

Defendant, Hakeen Tayari Dunn, filed an unopposed Motion for Early Termination of Supervised Release. Good cause appearing, Defendant's motion is GRANTED.

Accordingly, IT IS HEREBY ORDERED Defendant's Supervised Release is Terminated.

**IT IS SO ORDERED.**

DATED: March 4, 2020

_____
Hon. John A. Houston
United States District Judge

1